No. ——. FAIRCHILD v. UNITED STATES. C. A. 10th Cir. Renewed application for stay presented to MR. JUSTICE WHITE, and by him referred to the Court, denied.

FEBRUARY 22, 1971

No. 921. RICHARDSON v. KENNEDY, SECRETARY OF THE TREASURY. Affirmed on appeal from D. C. W. D. Pa. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and the case set for oral argument.

No. 734. HEGARTY v. CALIFORNIA. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.

No. 915. CARTER, ADMINISTRATRIX v. HARTENSTEIN, DBA HARTENSTEIN ELEVATOR CO., ET AL. Appeal from Sup. Ct. Ark. dismissed for want of substantial federal question.

No. 1002. BARNARD ET AL. v. CALIFORNIA. Appeal from App. Dept., Super. Ct. Cal., County of Los Angeles, dismissed for want of substantial federal question.